```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                     CENTRAL DIVISION at LEXINGTON
```

JOHN FLOYD CAREY, SR.,            )
                                  )
        Petitioner,               )      Civil No. 5: 19-30-JMH
                                  )
V.                                )
                                  )
FRANCISCO J. QUINTANA, WARDEN,    )              **JUDGMENT**
                                  )
        Respondent.               )

                        ****   ****   ****   ****

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's petition [R. 9] is **DISMISSED**;

2. Petitioner's conditions of confinement and other civil rights claims are **DISMISSED WITHOUT PREJUDICE**;

3. Petitioner's claims for compassionate release and/or immediate release to home confinement are **DISMISSED WITH PREJUDICE**;

4. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 15th day of March, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge